# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik M Baker, | NO. CV-17-00503-TUC-JAS |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Pioneer Automotive LLC, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 16, 2018, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed for failure to comply with the Court's order.

Brian D. Karth
District Court Executive/Clerk of Court

February 28, 2018

By s/ K Hughes
Deputy Clerk